IN THE SUPREME COURT OF NORTH CAROLINA

No. 461A13

FILED 11 APRIL 2014

STATE OF NORTH CAROLINA

v.

CHRISTOPHER L. BARNES


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 747 S.E.2d 912 (2013), finding no error in part and vacating in part a judgment entered on 17 February 2012 by Judge W. Allen Cobb, Jr. in Superior Court, Wayne County, and remanding to the trial court for resentencing. Heard in the Supreme Court on 18 March 2014.

*Roy Cooper, Attorney General, by Laura E. Parker, Assistant Attorney General, for the State.*

*Staples S. Hughes, Appellate Defender, by Paul M. Green, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.


AFFIRMED.